IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ashley, Kevin | Case Number: 07 B 02554 |
|---|---|---|
|  | Ashley, Danita | Judge: Hollis, Pamela S |
|  | Printed: 4/8/08 | Filed: 2/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: June 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,685.00 |  |
| Secured: |  | 1,638.71 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,847.29 |
| Trustee Fee: |  | 199.00 |
| Other Funds: |  | 0.00 |
| Totals: | 3,685.00 | 3,685.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,504.00 | 1,847.29 |
| 2. | JB Robinson Jewelers | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 19,199.17 | 1,638.71 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 467.83 | 0.00 |
| 5. | Americredit Financial Ser Inc | Unsecured | 3,960.35 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Unsecured | 1,595.23 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 210.00 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 9. | Capital One | Unsecured | 201.51 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 77.82 | 0.00 |
| 11. | Capital One | Unsecured | 138.60 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 204.41 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 62.82 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 77.45 | 0.00 |
| 15. | Aspire Visa | Unsecured | 188.80 | 0.00 |
| 16. | Aspire Visa | Unsecured | 234.16 | 0.00 |
| 17. | Midwest Verizon Wireless | Unsecured | 149.02 | 0.00 |
| 18. | B-Line LLC | Unsecured | 116.65 | 0.00 |
| 19. | Check Into Cash | Unsecured | 138.74 | 0.00 |
| 20. | Merrick Bank | Unsecured | 268.22 | 0.00 |
| 21. | LVNV Funding | Unsecured | 163.41 | 0.00 |
| 22. | Option One Mortgage Corp | Secured |  | No Claim Filed |
| 23. | Teresa Gates | Priority |  | No Claim Filed |
| 24. | Allied Interstate | Unsecured |  | No Claim Filed |
| 25. | American Collection Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ashley, Kevin  
Ashley, Danita  
Printed: 4/8/08

Case Number: 07 B 02554  
Judge: Hollis, Pamela S  
Filed: 2/14/07

| # | Creditor | Type | | |
|---|---|---|---|---|
| 26. | Cross Country Bank | Unsecured | | No Claim Filed |
| 27. | Card Protection Association | Unsecured | | No Claim Filed |
| 28. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 29. | Customized Auto Credit | Unsecured | | No Claim Filed |
| 30. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 31. | ICS | Unsecured | | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 33. | Riscuity | Unsecured | | No Claim Filed |
| 34. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 35. | Option One Mortgage Corp | Unsecured | | No Claim Filed |
| 36. | SKO Brenner American | Unsecured | | No Claim Filed |
| 37. | Pay Day Loans | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 29,958.19 | $ 3,486.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 199.00 |
|  | _____ |
|  | $ 199.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____